UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER MALKA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | Case No.: 2:23-cv-01877-CSK<br><br>***MODIFIED* ORDER ON JOINT STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITION OF DEFENDANT'S FRCP 30(b)(6) WITNESS, COMPLETING A DEPOSITION OF THIRD-PARTY WITNESSES AND THE LEGAL VEHICLE INSPECTION**<br><br>Judge: Chi Soo Kim |

Per the stipulation of the Parties, the fact discovery cutoff is hereby extended to September 30, 2024 for the limited purpose of completing the deposition of Defendant's FRCP 30(b)(6) witness, completing the deposition of third-party witness Mercedes Benz of Sacramento's FRCP 30(b)(6) witness, and conducting the legal vehicle inspection of the Subject Vehicle. **All other deadlines remain unaffected**.

IT IS SO ORDERED.

Dated: July 10, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1

***MODIFIED* ORDER ON JOINT STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITION OF DEFENDANT'S FRCP 30(b)(6) WITNESS AND THE LEGAL VEHICLE INSPECTION**