UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OMER MALKA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No.: 2:23-cv-01877-CSK<br><br>**[PROPOSED] MODIFIED ORDER ON *SECOND JOINT STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITION OF THIRD-PARTY VON HOUSEN'S SACRAMENTO, INC dba MERCEDES-BENZ OF SACRAMENTO'S FRCP 30(b)(6) WITNESS***<br><br>Judge: Chi Soo Kim |

Per the stipulation of the Parties, the fact discovery cutoff is hereby extended from September 30, 2024 to November 13, 2024 for the limited purpose of completing the

/ / /

/ / /

/ / /

1

1   deposition of third party Von Housen's Sacramento, Inc. dba Mercedes Benz of

2   Sacramento's FRCP 30(b)(6) witness.

3

4   IT IS SO ORDERED.

5   Dated:  October 8, 2024

6   _____

CHI SOO KIM

7   UNITED STATES MAGISTRATE JUDGE

8

9   4, malk1877.23

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] MODIFIED ORDER ON SECOND JOINT STIPULATION TO CONTINUE FACT
DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITION OF
THIRD-PARTY VON HOUSEN'S SACRAMENTO, INC dba MERCEDES-BENZ OF SACRAMENTO'S
FRCP 30(b)(6) WITNESS