UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER MALKA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | Case No.: 2:23-cv-01877-CSK<br><br>**[PROPOSED] MODIFIED ORDER ON JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES AND DEADLINES TO FILE AND HAVE MOTIONS HEARD**<br><br>Judge: Chi Soo Kim |

Per the joint stipulation of the parties filed on November 22, 2024 (ECF No. 40), there is good cause to modify the scheduling order to afford the parties with an opportunity to engage in mediation scheduled for February 24, 2025. The following deadlines set forth in the Modified Pretrial Scheduling Order (ECF No. 25) are modified as follows:

Rebuttal Expert Disclosures: modified from December 1, 2024 to March 3, 2025

Expert Discovery Cut-Off: modified from January 2, 2025 to April 1, 2025

1

1  Deadline for filing motions: modified from March 4, 2025 to June 2, 2025
2  Deadline to have motions heard: modified from April 8, 2025 to July 1, 2025.

IT IS SO ORDERED.

Date:  November 27, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Judge
Eastern District of California

4, malk1877.23

**MODIFIED ORDER ON JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES AND DEADLINES TO FILE AND HAVE MOTIONS HEARD**